**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

   Plaintiff,                                        Docket No: 05-80469
                                                   HON. Patrick J. Duggan

v.

**LUIS VILLANUEVA,**

   Defendant.

_____/

**ORDER FOR NON-CUSTODIAL TRAVEL EXPENSES**

At a session of said Court, held in
the Federal Building, Detroit, Michigan
on August 28, 2008.

PRESENT: Hon. Patrick J.Duggan
United States District Court Judge

Upon the application of Defendant, LUIS VILLANUEVA, for Travel Expenses, pursuant to 18 U.S.C. § 4285, AND THE Court being apprised of Defendant's indigence and the Government having no objections;

IT IS HEREBY ORDERED that the U.S. Marshal furnish LUIS VILLANUEVA with round trip non-custodial transportation from Sacramento, California to Detroit, Michigan and back to Sacramento, California for purposes of satisfying his requisite court appearances.

SO ORDERED.

                                                     s/PATRICK J. DUGGAN
                                                     UNITED STATES DISTRICT JUDGE