**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

   Plaintiff,                                Docket No: 05-80469
                                            HON. Patrick J. Duggan

v.

**LUIS VILLANUEVA,**

   Defendant.

_____/

## AMENDED ORDER FOR NON-CUSTODIAL TRAVEL EXPENSES

At a session of said Court, held in
the Federal Building, Detroit, Michigan
on September 4, 2008.

PRESENT: Hon. Patrick J. Duggan
                  United States District Court Judge
                  Eastern District of Michigan

Upon the application of Defendant, LUIS VILLANUEVA, for Travel Expenses, pursuant to 18 U.S.C. § 4285, AND THE Court being apprised of Defendant's indigence and the Government having no objections;

IT IS HEREBY ORDERED that the U.S. Marshal furnish LUIS VILLANUEVA with round trip non-custodial transportation from Sacramento, California to Detroit, Michigan and back to Sacramento, California for purposes of satisfying his requisite court appearance on September 17, 2008 at 2:30 p.m.

SO ORDERED.

                                                        s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE