UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

Docket No: 05-80469
HON. Patrick J. Duggan

v.

**LUIS VILLANUEVA,**
    Defendant.
_____/

## ORDER FOR NON-CUSTODIAL TRAVEL EXPENSES

At a session of said Court, held in
the Federal Building, Detroit, Michigan
on May 26, 2009.

PRESENT: Hon. Patrick J. Duggan
United States District Court Judge

Upon the application of Defendant, LUIS VILLANUEVA, for Travel Expenses, pursuant to 18 U.S.C. § 4285, AND THE Court being apprised of Defendant's indigence and the Government having no objections;

IT IS HEREBY ORDERED that the U.S. Marshal furnish LUIS VILLANUEVA with round trip non-custodial transportation from Sacramento, California to Detroit, Michigan and back to Sacramento, California for purposes of satisfying his requisite court appearance on June 10, 2009 at 2:00 p.m.

SO ORDERED.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: May 26, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 26, 2009 ,by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager